UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEY C. ROBERTSON, | : |
| | : |
| Petitioner | : No. 4:CV-10-0833 |
| | : |
| vs. | : (Judge Nealon) |
| | : |
| PA ATTORNEY GENERAL, | : |
| | : |
| Respondent | : |

FILED
SCRANTON
OCT 03 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 3rd DAY OF OCTOBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. Petitioner's motion for expansion of the record, (Doc. 56), is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

*[signature]*
**United States District Judge**